**Gebrekidane Demelew LEGESSE,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 06–73461.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 8, 2011.

Bill Waddell, Esq., Law Offices of Bill Waddell, San Diego, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Mark C. Walters, Esq., Jennifer L. Lightbody, Esq., Thomas Fatouros, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, CAS–District, San Diego, CA, for Respondent.

MEMORANDUM **

Gebrekidane Demelew Legesse, a native and citizen of Ethiopia, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252, and we grant the petition for review and remand for further proceedings.

The agency determined that petitioner was removable under the aggravated felony ground of deportation, 8 U.S.C. § 1227(a)(2)(A)(iii), based on his July 1, 1988 conviction for violating California Penal Code § 288(a). Subsequent to the agency's decision in this case, we held in *Ledezma–Galicia v. Holder*, 636 F.3d 1059 (9th Cir.2010), that 8 U.S.C. § 1227(a)(2)(A)(iii) does not apply to convictions that occurred prior to November 18, 1988. We therefore grant the petition for review and remand to the agency in light of *Ledezma–Galicia.*

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

